No. 10–9692. DAVIS v. BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–9702. SHEEHAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–9714. HOLTON v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 10–9715. HOWARD v. NERO ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–9718. ENTLER v. SUPREME COURT OF WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9723. KILLS ON TOP v. MAHONEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9750. WEAVER v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY (two judgments). C. A. 9th Cir. Certiorari denied.

No. 10–9751. WASHINGTON v. OLLISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9753. WILLIAMS v. KELLER, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION. C. A. 4th Cir. Certiorari denied.

No. 10–9799. KOWALSKEY v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 10–9815. H'SHAKA v. ROCK, SUPERINTENDENT, UPSTATE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–9824. COOK v. BREWER, GOVERNOR OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9838. YUSOV v. SHAUGHNESSY ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–9858. BECKER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.